807

*Charles H. Weston* for the United States. *Gerhard A. Gesell* and *David C. Acheson* for appellee. 

Nos. 171 and 282. SECRETARY OF AGRICULTURE *v.* UNITED STATES ET AL.; and

Nos. 172 and 283. UTAH POULTRY & FARMERS COOPERATIVE ET AL. *v.* UNITED STATES ET AL. Appeals from the United States District Court for the District of Utah. Probable jurisdiction noted. *Robert L. Farrington* and *Neil Brooks* for the Secretary of Agriculture. *John H. Pratt* for the Utah Poultry & Farmers Cooperative, *Arthur C. O'Meara* and *John P. Staley* for Swift & Co., appellants in Nos. 172 and 283, and *Paul E. Blanchard* (in No. 172) and *Marcus Whiting* (in No. 283) for Armour & Co., appellant. *Edward M. Reidy* and *Allen Crenshaw* for the Interstate Commerce Commission; and *Bryan P. Leverich, J. Edgar McDonald* and *William F. Zearfaus* for the Intervening Railroads, appellees. Reported below: 119 F. Supp. 846.

No. 204. SOCIETY FOR SAVINGS IN THE CITY OF CLEVELAND *v.* PECK, TAX COMMISSIONER OF OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. The Solicitor General is invited to file a brief as *amicus curiae*. MR. JUSTICE BURTON took no part in the consideration or decision of this question. *Charles W. Sellers* and *David A. Gaskill* for appellant. *C. William O'Neill*, Attorney General of Ohio, and *Joseph S. Gill*, First Assistant Attorney General, for appellee. 

No. 220. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF WARREN *v.* BOWERS (SUCCESSOR TO PECK), TAX COMMISSIONER OF OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. The Solicitor